AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA A. Reinitz )    USAO CW No. 26-098

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br><br>VINCENT LANG<br>*Defendant(s)* | )<br>)<br>)  Case No.  26-MJ-1378<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 5, 2026  in the county of  Philadelphia  in the

Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously damaging or destroying by means of fire any building or property used in interstate commerce, or attempting to do so |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s Richard Dalley

*Complainant's signature*

Richard Dalley, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed by telephone.

Date:  July 15, 2026

*/s/ Jose R. Arteaga, USMJ*

*Judge's signature*

City and state:    Newtown, Pennsylvania

Honorable José Raúl Arteaga, U.S. Magistrate Judge

*Printed name and title*