AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA A. Reinitz                    )

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

United States of America
v.

)
)  Case No. 26-MJ-1378
)
)
)
)

VINCENT LANG
*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   VINCENT LANG                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count One: On or about July 5, 2026, VINCENT LANG did maliciously damage or destroy, and attempted to damage and destroy, the Northeast Philadelphia Islamic Center, located at 1421 Tyson Avenue, Philadelphia, Pennsylvania, by fire, and at the time of the fire, the property that was damaged or destroyed was used in interstate commerce or in an activity affecting interstate commerce.

Date:  July 15, 2026

/s/ *Jose R. Arteaga, USMJ*
*Issuing officer's signature*

City and state:   Newtown, Pennsylvania

Honorable José Raúl Arteaga, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/15/2026 , and the person was arrested on *(date)* 7/16/2026 at *(city and state)* PHILADELPHIA, PA . |
| Date: 7/16/2026 |

*Arresting officer's signature*

ALAN GILMORE, SPECIAL AGENT
*Printed name and title*