## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: |
| VINCENT LANG | : | VIOLATIONS:<br>18 U.S.C. § 844(i) (malicious |
| | : | damage by means of a fire of a<br>building used in interstate |
| | : | commerce – 1 count)<br>18 U.S.C. § 247(a)(1), (d)(3) |
| | : | (damage to religious property – 1<br>count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 5, 2026, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

## VINCENT LANG

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a

building and other real property, that is, 1421 Tyson Avenue, Philadelphia, Pennsylvania, used

in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 5, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**VINCENT LANG,**

in and affecting interstate commerce, intentionally defaced, damaged, and destroyed religious real property, that is, the Northeast Philadelphia Islamic Center, located at 1421 Tyson Avenue, Philadelphia, Pennsylvania, because of the religious character of that property, and the offense involved the use and attempted use of fire.

In violation of Title 18, United States Code, Section 247(a)(1), (d)(3).

**A TRUE BILL:**

███████████

———————————
**GRAND JURY FOREPERSON**

*Salvatore L Astolfi for*
**DAVID METCALF**
**UNITED STATES ATTORNEY**

2

Case 2:26-cr-00363-KNS   Document 14   Filed 08/06/26   Page 3 of 3

*No.* _ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## VINCENT LANG

INDICTMENT

Counts
**18 U.S.C. § 844(i) (malicious damage by means of a fire of a building used in interstate commerce – 1 count)**
**18 U.S.C. § 247(a)(1), (d)(3) (damage to religious property – 1 count)**

A true bill.



_____ day,

Bail, $_____